Commonwealth *v.* Hermsdorf, Appellant.

Submitted April 10, 1967. *Robert Hermsdorf,* appellant, in propria persona; *Robert J. Kelleher,* First Assistant District Attorney, and *Richard F. Brabender,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Jackson, Appellant.

Argued April 10, 1967. *Caram J. Abood,* Public Defender, for appellant; *Blair V. Pawlowski,* Assistant District Attorney, with him *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Johnson, Appellant.

Submitted April 10, 1967. *Walter Lee Johnson,* appellant, in propria persona; *Harry A. Heilman, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.